Emanuel S. Kuh and Others, Respondents, v. Guiseppe Kosak, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Bozo Gojsovic, Respondent, v. Rail and Sail Publishing Company and Frank Zotti, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Herman Griese, Respondent, v. Samuel Kulla, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Asher Cooper, Appellant, v. Roumanian Association to Bestow Gracious Favors, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

James Morrison, Jr., Respondent, v. George Vassar, Jr., and Jules J. Vatable, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

William H. Temple, Appellant, v. Degnon-McLean Contracting Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Timothy Costello, an Infant, by Timothy Costello, His Guardian ad Litem, Respondent, v. Union Railway Company of New York City, Appellant.— Order reversed, with ten dollars costs and disbursements, and plaintiff given preference over issues noticed for the same term for which this action is noticed. No opinion.

M. D. Williamson Company, Respondent, v. Felix Fittichauer and Louis Levy, Copartners Doing Business as Lenox Real Estate Exchange, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Jacob Keller and Abraham Keller, Appellants, v. Lispenard Realty Company and Others, Respondents.— Appeal dismissed, without costs. No opinion. Settle order on notice.

Gustav Salomon and Solomon Salomon, Respondents, v. F. Garcia Brother & Company, Appellant.— Judgment and order affirmed, with costs. No opinion. (Houghton, J., dissenting.)